UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RAY L. ALEXANDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:23-CV-1299 RLW |
| | ) |
| MARK W. BEGOR, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on review of the file. Plaintiff Ray L. Alexander filed this action in this Court on or about October 13, 2023, but he did not pay the required filing fee or file a motion seeking leave to proceed without payment of such fee. On December 20, 2023, this Court entered an order directing Plaintiff to do one or the other. The Court cautioned Plaintiff that his failure to timely comply would result in the dismissal of this case, without prejudice and without further notice.

Plaintiff's response was due to the Court on January 4, 2024, but to date, he has not responded to the Court's order nor sought additional time to do so. Plaintiff was given meaningful notice of what was expected, he was cautioned that his case would be dismissed if he failed to comply, and he was given ample additional time to comply. The Court will therefore dismiss this action at this time, without prejudice, due to Plaintiff's failure to comply with the Court's December 20, 2023 Order. *See* Fed. R. Civ. P. 41(b); *see also Brown v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986) (a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice. A separate order of dismissal will accompany this Memorandum and Order.

*/s/ Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 29th day of January, 2024.